UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15-cr-00300-DAD-BAM-5 |
|---|---|
| Plaintiff, | |
| v. | ORDER REFERRING DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE TO FEDEARL DEFENDER'S OFFICE |
| STEPHEN MICHAEL FLECK, | |
| Defendant. | |

On November 14, 2016, defendant Stephen Michael Fleck was sentenced in this action. On June 5, 2020, defendant filed a *pro se* motion for modification of sentence or, in the alternative, compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 168.)

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in conjunction with the motion for compassionate release.[1] The FDO shall have 60 days from the date of this order to file a supplement to defendant's *pro se* motion or to notify the court and the government it does not intend to file a supplement. Thereafter, absent further order of the court amending the deadlines, the government shall have 30 days from the

---

[1] Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) are to be included in the CM/ECF's Notice of Electronic Filing in this action.

1

date of the FDO's filing to file a response to defendant's motion.  Any reply shall be filed within fifteen days of the filing of any response by the government.

IT IS SO ORDERED.

Dated: **June 8, 2020**

_____
UNITED STATES DISTRICT JUDGE