ALEKXIA TORRES STALLINGS
Alekxia Torres Stallings, SBN296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
STEPHEN MICHAEL FLECK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN MICHAEL FLECK,<br><br>Defendants. | Case No. 1:15-CR-00300 DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE DUE DATES FOR MOTION FOR COMPASSIONATE RELEASE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE DROZD AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, STEPHEN MICHAEL FLECK, by and through his attorney of record, ALEKXIA TORRES STALLINGS hereby requesting that the reply due date of counsel's supplemental to defendant's *pro se* motion be continued to August 24, 2020, the Governments reply be due thirty days after, on September 24, 2020, and any response to Government's reply be due fifteen days after, on September 8, 2020.

Counsel has not received Mr. Fleck's full medical reports from the Bureau of Prison. In addition, I have not received Mr. Fleck's Central File. These files contain information that is necessary to proceed with a supplemental to defendant's *pro se* motion. I have spoken to AUSA Kathleen Servatius and she has no objection to the continuance.

///

///

1

**IT IS SO STIPULATED.**

                                      Respectfully Submitted,

DATED: August 6, 2020                        */s/ Alekxia Torres Stallings*
                                                  ALEKXIA TORRES STALLINGS
                                                  Attorney for Defendant
                                                  STEPHEN MICHAEL FLECK

DATED: August 6, 2020                        */s/Kathleen Servatius*
                                                  KATHLEEN SERVATIUS
                                                  Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORERED** that the reply due date of counsel's supplemental to defendant's *pro se* motion be continued to August 24, 2020, the Governments reply be due thirty days after, on September 24, 2020, and any response to Government's reply be due fifteen days after, on September 8, 2020.

IT IS SO ORDERED.

Dated: **August 6, 2020**                                      */s/ Dale A. Drozd*
                                                  UNITED STATES DISTRICT JUDGE